IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Donald Blackbey, | ) | |
| | ) | 8:04CV48 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Robert Houston, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 87, the motion for an extension of time, filed by the plaintiff, Donald Blackbey. Upon review of the record, the motion is denied, and the plaintiff shall adhere to the schedule established in my memorandum and order dated April 19, 2005 (filing no.86).

SO ORDERED.

DATED this 27TH day of April, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge