IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD BLACKBEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv48 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, UNKNOWN GENSELER, UNKNOWN SHELBY, DOUGLAS COUNTY, NEBRASKA, UNKNOWN SELBY, UNKNOWN WHEELER, UNKNOWN MERRILL, and CORRECTIONAL MEDICAL SERVICES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 101 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 101 from the record. The party is directed to re-file the document.

DATED this 21st day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge